THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY FERNEAU, <br><br> Defendant. | No. CR20-043RSL <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER has come before the Court for consideration of Nancy Ferneau's Unopposed Motion for Early Termination of Supervised release, which was filed pursuant to 18 U.S.C. § 3583(e)(1).

The Court has reviewed the motion and the record in this case. Based upon the Court's review and upon consideration of the factors set out in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B)-(D), and (a)(4)-(7), the Court is satisfied that early termination is warranted in this case given Ms. Ferneau's conduct and in the interest of justice.

IT IS THEREFORE ORDERED that Nancy Ferneau is terminated from the remainder of her supervised release and is discharged from supervision.

DONE this __1st__ day of __April_____ 2021.

_MrS Lasnik_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE
(*United States v. Nancy Ferneau*, No. CR20-043RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**